21 A.3d 680

Joseph PILCHESKY, Appellant

v.

Kenneth McDOWELL, Lackawanna
County Controller, Appellee.

Supreme Court of Pennsylvania.

June 20, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of June, 2011, the Order of the Lackawanna County Court of Common Pleas is **AFFIRMED.**